MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ELIZABETH A. HANSON, ESQ.
Nevada Bar No. 16249
FISHER & PHILLIPS, LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
ehanson@fisherphillips.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE DEABENDERFER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LORIAN HOME SYSTEMS, INC. OF LAS VEGAS, a Nevada corporation; LORIAN HEALTH, a California corporation; LORIAN HOME SYSTEMS, INC., a California Corporation,<br><br>Defendants. | Case No.: 2:26-cv-02713-MMD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff STEPHANIE DEABENDERFER ("Plaintiff"), by and through her counsel Greenberg Gross, LLP, and Defendants, LORIAN HOME SYSTEMS INC. OF LAS VEGAS, LORIAN HEALTH and LORIAN HEALTH ("Lorian"), by and through their counsel Fisher & Phillips, LLP, hereby stipulate and agree that Defendants will have up to and including October 2, 2026, to file their Answers or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defendants need additional time to gather facts to respond to Plaintiff's Complaint.

///

///

///

///

Accordingly, this Stipulation is sought in good faith and not for the purpose of delay. This is the first request for an extension of this deadline.

Dated this 18th day of September 2026.

GREENBERG GROSS, LLP

*/s/ Marian L. Massey*
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135
*Attorneys for Plaintiff*

FISHER & PHILLIPS, LLP

*/s/ Elizabeth A. Hanson*
Elizabeth A. Hanson, Esq.
Mark J. Ricciardi, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED:

[signature]
U.S. MAGISTRATE JUDGE

September 18, 2026
DATED