MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Stephanie Deabenderfer*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE DEABENDERFER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LORIAN HOME SYSTEMS, INC. OF LAS VEGAS, a Nevada corporation; LORIAN HEALTH, a California corporation; LORIAN HOME SYSTEMS, INC., a California corporation,<br><br>Defendants. | Case No.: 2:26-cv-02713-MMD-EJY<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Pursuant to Federal Rule of Civil Procedure 26(f) and LR 26-1, Plaintiff Stephanie Deabenderfer ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendants Lorian Home Systems, Inc. of Las Vegas, Lorian Health, and Lorian Home Systems, Inc. (collectively "Defendants"), by and through their counsel of record, Fisher & Phillips LLP, hereby stipulate to the following Joint Proposed Discovery Plan and Scheduling Order.

///

///

///

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

1. **Initial Disclosures:** The parties participated in the scheduling conference pursuant to Fed. R. Civ. P. 26(f) on October 23, 2026. The parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) no later than twenty-one (21) days after the Rule 26(f) conference, which will be November 13, 2026. Aside from timing, the parties do not believe that any changes are necessary as to the form or requirement of disclosures under Fed. R. Civ. P. 26(a)(1).

2. **Discovery Cut-Off Date(s):** The last day of discovery shall be March 31, 2027, which is 180 days from the date Defendants filed their Answer to Plaintiff's Complaint on October 2, 2026.

3. **Amending the Pleadings and Adding Parties:** The parties shall have until December 31, 2026, which is ninety (90) days before the discovery cut-off date, to file any motions to amend the pleadings or to add parties.

4. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** The disclosure of any initial expert witnesses shall be made sixty (60) days before the discovery cut-off date. Because the sixtieth day, January 30, 2027, falls on a Saturday, a non-judicial day, the disclosure of any initial expert witnesses shall be made by February 1, 2027. The disclosures of any rebuttal experts shall be made thirty (30) days after the initial expert disclosure, which will be March 3, 2027.

5. **Dispositive Motions:** Dispositive motions may be filed no later than April 30, 2027, which is thirty (30) days after the discovery deadline. In the event that the discovery period is extended from the discovery cut-off date set forth in this Joint Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration, to be no later than thirty (30) days after the extended discovery deadline.

6. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed by June 1, 2027, which is thirty-two (32) days after the deadline for filing dispositive motions, as the thirtieth day (May 30, 2027) falls on a Sunday and the following day (May 31, 2027) is Memorial Day, a federal holiday. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispositive

motions or until further order of the Court.

7. **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order. In accordance with Local Rule 26-4, a stipulation or motion for modification or extension of this discovery plan and scheduling order and any deadline contained herein must be made not later than twenty-one (21) days before the subject deadline.

8. **Electronic Filing and Service:** The parties' attorneys of record in this matter are registered users with the Court's electronic filing system and as such, consent to electronic service of all documents and things electronically filed with the Court, except for pleadings and other documents set forth in Fed. R. Civ. P. 4. For documents and things that are not filed with the Court, the parties, in accordance with Fed. R. Civ. P. 5(b)(2)(F), each consent to electronic service of the same as follows: for Plaintiff, service shall be made by email to MHale@GGTrialLaw.com and MMassey@GGTrialLaw.com; and for Defendants, aparker@fisherphillips.com, ehanson@fisherphillips.com, hsanders@fisherphillips.com, and amalerbi@fisherphillips.com service shall be made by email to mricciardi@fisherphillips.com and ehanson@fisherphillips.com.

9. **Alternative Dispute Resolution:** Pursuant to LR 26-1(b)(7), the parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation and arbitration. This case has been assigned to the Early Neutral Evaluation (ENE) program under Magistrate Judge Daniel J. Albregts, with mediation scheduled for December 2, 2026. The parties will continue to evaluate opportunities for alternative dispute resolution.

10. **Alternative Form of Case Disposition:** Pursuant to LR 26-1(b)(8), the parties certify that they considered consenting to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Court's Short Trial Program (General Order 2013-01). At this time, the parties do not consent to trial by the magistrate judge or to use the Court's Short Trial Program.

11. **Electronic Evidence Certification:** Pursuant to LR 26-1(b)(9), and because a jury trial has been demanded, the parties certify that they discussed whether they intend to present

evidence in electronic format to jurors for the purposes of jury deliberations. The parties have not reached any stipulations regarding providing discovery in an electronic format compatible with the Court's electronic jury evidence display system at this time.

Dated this 23rd day of October, 2026.

**GREENBERG GROSS LLP**

*/s/ Marian L. Massey*
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

**FISHER & PHILLIPS LLP**

*/s/ Elizabeth A. Hanson*
MARK R. RICCIARDI, ESQ.
Nevada Bar No. 3141
ELIZABETH A. HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

Elayna J. Youchah
UNITED STATES MAGISTRATE JUDGE

DATED: October 23, 2026