FISHER & PHILLIPS, LLP
ALDEN J. PARKER, ESQ.
*(Pro Hac Vice pending)*
621 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: (916) 210-0400

FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: aparker@fisherphillips.com
E-Mail Address: ehanson@fisherphillips.com
*Attorneys for Defendants*

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE DEABENDERFER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LORIAN HOME SYSTEMS, INC. OF LAS VEGAS, a Nevada Corporation; LORIAN HEALTH, a California Corporation; LORIAN HOME SYSTEMS INC., a California corporation,<br><br>Defendants | Case No: 2:26-cv-02713-MD-EJY<br><br>**DEFENDANTS' REQUEST TO ALLOW ONE OF ITS COUNSEL TO APPEAR AT EARLY NEUTRAL EVALUATION TELEPHONICALLY** |

Pursuant to Judge Albregts Order (ECF No. 13), setting an Early Neutral Evaluation Conference ("ENE") in this matter, Defendants respectfully request that one of its counsel, Alden J. Parker, be permitted to appear telephonically or by zoom. Co-counsel for Defendants, Elizabeth Anne Hanson, will be present in person.

/ / /

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Mr. Parker has personal and business commitments in California that preclude his travel to Nevada to appear in-person at the ENE as scheduled. Allowing Mr. Parker to appear telephonically will allow him to manage his other commitments in California while also participating in the ENE.

DATED this 18th day of November 2026.

FISHER & PHILLIPS, LLP

/s/ *Elizabeth A. Hanson, Esq.*
ALDEN J. PARKER ESQ.
ELIZABETH A. HANSON, ESQ.
300 South Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendants*

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2026

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that on the 18th day of November 2026, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the foregoing **DEFENDANTS' REQUEST TO ALLOW ONE OF ITS COUNSEL TO APPEAR AT EARLY NEUTRAL EVALUATION TELEPHONICALLY** with the United States District Court of Nevada, and a copy was electronically transmitted from the court to the e-mail address on file for:

MATTHEW T. HALE, ESQ.
MHale@GGTrialLaw.com
MARIAN L. MASSEY, ESQ.
MMassey@GGTrialLaw.com
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135
*Attorneys for Plaintiff*

By: *_/s/ Heather Sanders_*
An employee of Fisher & Phillips LLP